IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ADRIAN MOULTRY,               )
                              )
    Petitioner,               )
                              )    CIVIL ACTION NO.
    v.                        )      2:16cv481-MHT
                              )          (WO)
UNITED STATES OF AMERICA,     )
                              )
    Respondent.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Petitioner Adrian Moultry's petition for writ of habeas corpus (doc. no. 1) is granted.

(2) The sentence (doc. no. 87) entered in United States v. Moultry, 2:03cr267-01-MHT (M.D. Ala. February 16, 2005), is vacated.

(3) The clerk of court is to file this judgment, along with the companion opinion or judgment,

in <u>United States v. Moultry</u>, 2:03cr267-01-MHT (M.D. Ala.).

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 11th day of July, 2016.

                                        <u>/s/ Myron H. Thompson</u>
                                    **UNITED STATES DISTRICT JUDGE**